[No. 63467-4-I. Division One. June 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. HUBERT A. CHEVARA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12270-7, Douglass A. North, J., entered April 13, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 63479-8-I. Division One. June 1, 2010.]

SHARON NIELSON, *as Guardian, Respondent*, v. RHINARD G. ROBBINS, *as Personal Representative*, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-03155-0, Ronald L. Castleberry, J., entered May 6, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Becker, JJ.

[No. 63687-1-I. Division One. June 1, 2010.]

ANGELA JU ET AL., *Appellants*, v. THE UNIVERSITY OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-05478-1, Harry J. McCarthy, J., entered May 18, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Spearman, JJ.

[No. 63907-2-I. Division One. June 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KATRYNIA TODD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-01644-7, Carol A. Schapira, J., entered June 30, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Ellington, J.